# EXHIBIT D

to the Complaint in

Sun Valley Orchards, LLC
v.
U.S. Department of Labor and
Martin J. Walsh, in his official capacity as
U.S. Secretary of Labor

**U.S. Department of Labor**  
**Office of the Solicitor**

201 Varick Street, Room 983  
New York, NY 10014  
Fax:     (646) 264-3660



Reply to the Attention of:

Jason E. Glick, Esq.  
(646) 264-3687 (direct dial)  
glick.jason.e@dol.gov

<u>Via e-mail</u>

August 10, 2021

Christopher J. Schulte, Esq.  
Smith, Gambrell & Russell, LLP  
1055 Thomas Jefferson Street NW, Suite 400  
Washington, DC 20007  
cschulte@sgrlaw.com

Dear Mr. Schulte:

Re:   In the Matter of: Administrator, Wage and Hour Division v. Sun Valley Orchards, LLC (ARB Case No. 2020-0018, ALJ Case No. 2017-TAE-00003)

On May 27, 2021, the Administrative Review Board of the U.S. Department of Labor fully affirmed Judge Timlin's Decision and Order finding Respondent Sun Valley Orchards liable for the payment of $344,945.80 in back wages and $211,800 in civil money penalties. Please note that interest is currently accruing.

Respondent must now follow the instructions below to make prompt payment.

1. To pay the back wages:
    a. Visit https://pay.gov/public/form/start/77689032 or go to http://www.pay.gov/ and search for WHDBWNE.
    b. Select "Continue to Form" and complete the required fields.
    c. The "BW Case Number" is 1765359.
    d. The "Date of Assessment" is May 27, 2021.

2. To pay the CMPs:
    a. Visit https://pay.gov/public/form/start/77734139 or go to http://www.pay.gov/ and search for WHDCMPNE.
    b. Select "Continue to Form" and complete the required fields.
    c. The "BW Case Number" is 1765359.
    d. The "Date of Assessment" is May 27, 2021.

If Respondent does not make full payment by September 10, 2021, the Administrator intends to take appropriate steps, including referral for debt collection or litigation. Thank you for your attention to this matter.

Sincerely,

Jeffrey S. Rogoff
Regional Solicitor


By:     /s/
        Jacob Heyman-Kantor
        Jason Glick
        Trial Attorneys