UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SUN VALLEY ORCHARDS, LLC,

    Plaintiff,

v.

U.S. DEPARTMENT OF LABOR, *et al.*,

    Defendants.

Case No. 1:21-cv-16625-JHR-MJS

## ORDER

The parties in the above-captioned case have jointly requested that the Court extend Defendants' time to respond to the complaint and set an agreed-upon briefing schedule. Good cause appearing, it is hereby **ORDERED** that:

- Defendants shall produce the administrative record by December 15, 2021;
- Plaintiff's motion for partial summary judgment shall be due by February 2, 2022 and shall be no longer than 40 pages using 12-point proportional font;
- Defendants' combined opposition to Plaintiff's motion for summary judgment and motion to dismiss/cross-motion for summary judgment shall be due by March 16, 2022 and shall be no longer than 40 pages using 12-point proportional font;
- Plaintiff's combined reply in support of their partial motion for summary judgment and opposition to Defendants' motion to dismiss/cross-motion for summary judgment shall be due by April 20, 2022 and shall be no longer than 30 pages using 12-point proportional font; and
- Defendants' reply in support of their motion to dismiss/cross-motion for summary judgment shall be due by May 18, 2022 and shall be no longer than 20 pages using 12-point proportional font.

It is further **ORDERED** that, good cause appearing, the requirements of Local Civil Rule 56.1 shall not apply to Plaintiff's or Defendants' motions.

**SO ORDERED.**

Dated: November 10, 2021

Hon. Joseph H. Rodriguez, U.S.D.J.