## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

SUN VALLEY ORCHARDS, LLC,

   *Plaintiff,*

v.

U.S. DEPARTMENT OF LABOR,
and MARTIN J. WALSH, in his
official capacity as United States
Secretary of Labor,

   *Defendants.*

Case No. 1:21-CV-16625-JHR-MJS

**PLAINTIFF'S NOTICE OF MOTION
FOR PARTIAL SUMMARY JUDGMENT
PURSUANT TO FED. R. CIV. P. 56**

TO: U.S. Department of Labor
   200 Constitution Avenue NW
   Washington, DC 20210

Martin J. Walsh, Secretary
U.S. Department of Labor
200 Constitution Avenue NW
Washington, DC 20210

PLEASE TAKE NOTICE that on this date, Plaintiff, Sun Valley Orchards, LLC, moves

for an Order Granting Plaintiff's Motion for Partial Summary Judgment pursuant to Federal Rule

of Civil Procedure 56 as to all claims that are susceptible to decision on the basis of the

administrative record, but not as to Plaintiffs' additional claims seeking a *de novo* trial, before the

United States District Court for the District of New Jersey, the Honorable Joseph H. Rodriguez,

U.S.D.J., presiding, at the United States Courthouse located in Camden, New Jersey. Plaintiff

respectfully requests oral argument on the Motion.

PLEASE TAKE FURTHER NOTICE that in support of Plaintiff's Motion, Plaintiff shall

rely upon the following:

1. This Notice of Motion;

2. The attached Memorandum in Support;

3. The attached [Proposed] Order;

4. The attached Certificate of Service;

5. The pleadings and papers already submitted to and filed with the Court; and

6. Any such further argument as may be presented to the Court during or after the hearing on the Motion.

Dated: February 2, 2022

Respectfully submitted,

*/s/ Scott M. Wilhelm*
Scott M. Wilhelm

Robert E. Johnson*
INSTITUTE FOR JUSTICE
16781 Chargin Blvd., #256
Shaker Heights, OH 44120
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: rjohnson@ij.org

Robert M. Belden*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: rbelden@ij.org

*Admitted *pro hac vice*

Scott M. Wilhelm
WINEGAR, WILHELM, GLYNN & ROEMERSMA, P.C.
305 Roseberry Street, P.O. Box 800
Phillipsburg, NJ 08865
Tel: (908) 454-3200
Fax: (908) 454-3322
Email: wilhelms@wwgrlaw.com

*Attorneys for Plaintiff Sun Valley Orchards, LLC*

2

## CERTIFICATE OF SERVICE

I certify that on February 2, 2022, the following documents were electronically filed and served on counsel of record via the Court's ECF filing system:

- Notice of Motion;
- Memorandum in Support;
- Proposed Order; and
- Certificate of Service.

/s/ *Scott M. Wilhelm*
Scott M. Wilhelm