## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

SUN VALLEY ORCHARDS, LLC,

    *Plaintiff,*

v.

U.S. DEPARTMENT OF LABOR,
and MARTIN J. WALSH, in his
official capacity as United States
Secretary of Labor,

    *Defendants.*

Case No. 1:21-CV-16625-JHR-MJS

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT
PURSUANT TO FED. R. CIV. P. 56**

This matter having come before the Court by Scott M. Wilhelm, Esq., of Winegar, Wilhelm, Glynn & Roemersma, P.C., and Robert E. Johnson, Esq., and Robert M. Belden, Esq., of the Institute for Justice, on behalf of Plaintiff Sun Valley Orchards, LLC, upon Motion for Partial Summary Judgment pursuant to Fed. R. Civ. P. 56, and the Court having considered the papers submitted and oral argument presented concerning the Motion; and for good cause shown, IT IS on this _____ day of _____, 2022, ORDERED THAT the Motion for Partial Summary Judgment pursuant to Fed. R. Civ. P. 56 is hereby GRANTED.

 

                                        **JOSEPH H. RODRIGUEZ, U.S.D.J.**