UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUN VALLEY ORCHARDS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>Defendants. | Case No. 1:21-cv-16625-JHR-MJS |

**ORDER**

Defendants' motion for extension of time is hereby **GRANTED**. Good cause appearing, it is hereby **ORDERED** that:

- Defendants' combined opposition to Plaintiff's partial motion for summary judgment and motion to dismiss/cross-motion for summary judgment shall be due by April 13, 2022;
- Plaintiff's combined reply in support of their partial motion for summary judgment and opposition to Defendants' motion to dismiss/cross-motion for summary judgment shall be due by May 18, 2022; and
- Defendants' reply in support of their motion to dismiss/cross-motion for summary judgment shall be due by June 15, 2022.

**SO ORDERED**.

Dated: March 9, 2022

_____
Hon. Joseph H. Rodriguez, U.S.D.J.