## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

SUN VALLEY ORCHARDS, LLC,

Plaintiff,

v.

U.S. DEPARTMENT OF LABOR, *et al.*,

Defendants.

Case No. 1:21-cv-16625-JHR-MJS

## ORDER

Defendants' motion for a five-page extension of their reply brief is hereby **GRANTED**.   Good cause appearing, it is hereby **ORDERED** that Defendants' reply in support of their motion to dismiss/cross-motion for summary judgment shall be due by June 15, 2022 and shall be no longer than 25 pages using 12-point proportional font.

**SO ORDERED**.

Dated: June 14, 2022

Hon. Joseph H. Rodriguez, U.S.D.J.