

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>THE HONORABLE<br>**JOSEPH H. RODRIGUEZ**<br>SENIOR JUDGE | MITCHELL H. COHEN<br>UNITED STATES COURTHOUSE<br>ONE JOHN F. GERRY PLAZA<br>CAMDEN, NJ  08101-2797<br>(856) 757-5002 |

March 8, 2023

***Sent via*: CM/ECF ONLY**

To:     **ALL COUNSEL**

**Re*:* Sun Valley Orchards, LLC v. U.S. Dept. of Labor, et al.,
Civil Action Number: 21-16625**

Dear Counsel:

This letter confirms that oral argument on the pending Motion for Summary Judgment [Dkt. No. 19] and Motion to Dismiss and Cross Motion for Summary Judgment [Dkt. No. 22] has been *scheduled* for **Thursday, April 20, 2023 at 10:00 a.m.** in Courtroom 5D, U.S. District Court, 4th & Cooper Streets, Camden, New Jersey.

Kindly mark your calendars.

Very truly yours,

/S/ Joseph H. Rodriguez

U.S.D.J.

CC: David Bruey, Deputy Clerk