UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUN VALLEY ORCHARDS, LLC,<br><br>    Plaintiff<br>vs.<br><br>U.S. DEPARTMENT OF LABOR, and MARTIN J. WALSH, in his official capacity as United States Secretary of Labor,<br><br>    Defendants. | Civil Action No. 21-CV-16625 (JHR)<br><br>**APPEARANCE** |

**APPEARANCE**

Kindly enter my appearance on behalf of the Plaintiff, **SUN VALLEY ORCHARDS, LLC**, in the above-captioned matter.

       **WINEGAR, WILHELM, GLYNN & ROEMERSMA, P.C.**

       */s/ Christopher Perkes*
       **CHRISTOPHER PERKES, ESQ.**
       **I.D. 386392022**
       305 Roseberry Street, P.O. Box 800
       Phillipsburg, New Jersey 08865
       Telephone: (908) 454-3200
       Facsimile: (908) 454-3322

Dated: March 16, 2023