# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

SUN VALLEY ORCHARDS, LLC,

*Plaintiff*,

v.

U.S. DEPARTMENT OF LABOR,
and LORI CHAVEZ-DEREMER, in
her official capacity as United States
Secretary of Labor,

*Defendants*.

Case No. 1:21-CV-16625-ESK-MJS

**ORDER ON MANDATE**
**FROM THE COURT OF APPEALS**

WHEREAS, Plaintiff Sun Valley Orchards, LLC filed this case under the Administrative Procedure Act, 5 U.S.C. § 551, *et seq.*, to challenge a United States Department of Labor order imposing civil penalties and other monetary liability following an adjudication before the Department's in-house Administrative Law Judge (ECF Doc. 2); Plaintiff filed a motion for summary judgment (ECF Doc. 19), and Defendants filed a combined motion to dismiss and for summary judgment (ECF Doc. 22); and this Court, on July 27, 2023, granted Defendants' motion to dismiss (ECF Doc. 37);

WHEREAS, on July 29, 2025, the United States Court of Appeals for the Third Circuit issued an opinion in which it concluded that this Court erred by granting Defendants' motion to dismiss; further concluded that the underlying agency adjudication violated Article III of the United States Constitution because "Sun Valley was entitled to have its case decided by an Article III court"; and therefore stated that "we will reverse and remand with instruction to enter judgment in favor of Sun Valley" (ECF Doc. 40); and

WHEREAS, the Mandate of the United States Court of Appeals for the Third Circuit issued on October 23, 2025, reversing and remanding in accordance with the Third Circuit's opinion (ECF Doc. 41).

THEREFORE, it is on this  17th  day of ___November___, 2025, ORDERED that Sun Valley's motion for summary judgment (ECF Doc. 19) is GRANTED, and, consistent with the decision of the Third Circuit, the Court hereby DECLARES that the underlying adjudication of the agency's claim for penalties and back wages before an Administrative Law Judge violated Article III of the United States Constitution. It is hereby further ORDERED that the United States Department of Labor's award of penalties and back wages against Plaintiff is VACATED pursuant to the Administrative Procedure Act; that the decision of the United States Department of Labor's Administrative Review Board affirming the award of penalties and back wages is likewise VACATED; and that Defendants are ENJOINED from taking any action to enforce or collect the award of penalties and back wages.

SO ORDERED.


_____ */s/ Edward S. Kiel* _____
EDWARD S. KIEL, U.S.D.J.