# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUN VALLEY ORCHARDS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, and LORI CHAVEZ-DEREMER, in her official capacity as United States Secretary of Labor, <br><br> *Defendants*. | Case No. 1:21-CV-16625-ESK-MJS <br><br> **FINAL JUDGMENT** |

In accordance with the Order entered by this Court on November 17, 2025, final judgment is hereby entered in favor of Plaintiff Sun Valley Orchards, LLC.

The Court DECLARES that the United States Department of Labor's adjudication of the agency's claim for penalties and back wages before an Administrative Law Judge violated Article III of the United States Constitution; VACATES the United States Department of Labor's award of penalties and back wages against Plaintiff, as well as the decision of the United States Department of Labor's Administrative Review Board affirming the award; and ENJOINS the Defendants from taking any action to enforce or collect the award of penalties and back wages.

Plaintiff shall be entitled to costs pursuant to 28 U.S.C. §§ 1920 and 2412.

**So ordered.**

*/s/ Edward S. Kiel*
**Edward S. Kiel, U.S.D.J.**
**Date: December 8, 2025**